# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### Mores v. Hanchett et al.

PRACTICE: ABANDONMENT OF APPEAL.

*Appeal from Bremer Circuit Court.*

TUESDAY, JUNE 15.

*G. C. Wright*, for appellant.

*M. E. Billings & Co.*, for appellees.

ROTHROCK, J.—The plaintiff appeals from an order of the judge of the court below refusing and denying an injunction. The application was heard upon the presentation of a petition by the plaintiff, and a demurrer by the defendants. Appellant has not presented to this court any brief nor argument in any form. We are, therefore, not advised upon what grounds he claims a reversal. We suppose the appeal has been abandoned.

AFFIRMED.